IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS

**FILED**

FEB 2 9 2008

CHARLES R. FULBRUGE III
CLERK

No. 08-00007

ASSOCIATION CASUALTY INSURANCE COMPANY; BENCHMARK INSURANCE COMPANY; GEORGIA CASUALTY & SURETY COMPANY; NATIONAL SECURITY FIRE & CASUALTY COMPANY

Plaintiffs - Respondents

v.

ALLSTATE INSURANCE COMPANY; MISSISSIPPI FARM BUREAU MUTUAL INSURANCE COMPANY; NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, doing business as Nationwide Insurance Companies; STATE FARM FIRE & CASUALTY COMPANY; ST PAUL TRAVELERS COMPANIES; LORRIE K BROUSE; ROBERT P ARNOLD; DELMA P LOCKE, JR; TERRY BLALOCK; CHARLES RICE; BRAD LITTLE

Defendants - Petitioners

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR 0 6 2008

J. T. NOBLIN, CLERK
BY_____ DEPUTY

---------------------------
Petition for Leave to Appeal
from an Interlocutory Order
---------------------------

Before SMITH, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:

IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court for the Southern District of Mississippi, Jackson, entered on January 17, 2008, is

_DENIED_.

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By_____ Deputy    FEB 2 9 2008

New Orleans, Louisiana

MOT-20