IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

Association Casualty Insurance Company;
Benchmark Insurance Company; Georgia
Casualty & Surety Company; and National
Security Fire and Casualty Company,

                Plaintiffs,

v.

Allstate Insurance Company; Mississippi
Farm Bureau Mutual Insurance Company;
Nationwide Mutual Fire Insurance Company
d/b/a Nationwide Insurance Companies;
State Farm Fire and Casualty Company; St.
Paul Travelers Companies,

                Defendants.

Case No. 3:07-cv-00525-KS-JCS

ORDER

The Clerk of Court shall withdraw the following documents from the publicly-accessible record in this case:

- All exhibits to Plaintiffs' Response to Defendants' Motion for Summary Judgment, at ECF Document No. 320-2 to 320-7;

- Plaintiffs' Response to Defendants' Motion for Summary Judgment, at ECF Document No. 321;

- Plaintiffs' Notice of Conventional Filing, at ECF Document No. 323;

- Plaintiffs' Notice of Conventional Filing, at ECF Document No. 325;

- Plaintiff's Response to Defendants' Motion to Exclude Opinions of Loren B. Kramer, at ECF Document No. 326;

- All exhibits to Plaintiffs' Response to Defendants' Motion to Exclude Opinions of

- Loren B. Kramer, at ECF Document No. 327 to 336;
- All exhibits to Plaintiffs' Response to Defendants' Motion to Exclude Opinions of Jacobus J. Van de Graaf, at ECF Document No. 337-2;
- Plaintiffs' Response to Defendants' Motion to Exclude Opinions of Jacobus J. Van de Graaf, at ECF Document No. 338;
- Plaintiffs' Notice of Conventional Filing, at ECF Document No. 339.

Plaintiffs shall, within a reasonable time, refile the aforementioned exhibits and documents. Those exhibits that are marked "Confidential" pursuant to the Stipulated Protective Order shall be filed under seal, according to this Court's procedures. Those exhibits that are not marked "Confidential" shall be filed publicly.

Dated: __December 18, 2008


_/s/ James C. Sumner_____
UNITED STATES MAGISTRATE JUDGE